AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Jared Hunter Adams<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00285
Assigned To : Harvey, G. Michael
Assign. Date : 3/5/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Jared Hunter Adams _____ ,
who is accused of an offense or violation based on the following document filed with the court:

◻ Indictment   ◻ Superseding Indictment   ◻ Information   ◻ Superseding Information   ☒ Complaint
◻ Probation Violation Petition   ◻ Supervised Release Violation Petition   ◻ Violation Notice   ◻ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in Restricted Building.

Date:     03/08/2021

Digitally signed by G.
Michael Harvey
Date: 2021.03.08
11:02:50 -05'00'
*Issuing officer's signature*

City and state:     Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/8/2021 , and the person was arrested on *(date)* 3/9/2021<br>at *(city and state)* Hilliard, Ohio . |
| Date: 3/9/2021 _____     _____<br>*Arresting officer's signature*<br><br>Special Agent Tyler Schwab<br>*Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jared Hunter Adams

Known aliases: _____

Last known residence: 9230 Cemetery Pike, Plain City, Ohio 43064

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: 614-615-5569

Place of birth: _____

Date of birth: 6/21/1994

Social Security number: 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

Height: _____   Weight: _____

Sex: Male   Race: Caucasian

Hair: Blond   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: Domestic violence charge, pled down to disorderly conduct

Known family, friends, and other associates *(name, relation, address, phone number):* _____

FBI number: 368152WD4

Complete description of auto: _____

Investigative agency: Federal Bureau of Investigation

Investigative agency address: 425 W Nationwide Blvd, Columbus, OH 43215

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable):* _____

Date of last contact with pretrial services or probation officer *(if applicable):* _____