UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Case No. 21-mj-285

JARED HUNTER ADAMS

### ENTRY OF APPEARANCE FOR DEFENDANT JARED HUNTER ADAMS

To the Clerk of the Court:

Please enter my appearance as appointed counsel in this case effective March 13, 2021.

Respectfully submitted,

/s/ Richard S. Stern

_____
RICHARD S. STERN
D.C. Bar No. 205377
932 Hungerford Drive #37A
Rockville, MD 20850
301-340-8000
Email:  rssjrg@rcn.com
Attorney for Mr. Adams

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically served all counsel of record on March 13, 2021.

/s/ Richard S. Stern

_____
RICHARD S. STERN